| PROB 22 (Rev. 2/88) | **FILED** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | SACR07-00178-JVS |
| | 08 JUL 29 TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | RICHARD W. WIEKING | CR 08 0498 SI |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central District California | DIVISION<br>Santa Ana |
|---|---|---|
| Michael Ross Strong | NAME OF SENTENCING JUDGE<br>JAMES V. SELNA | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>May 19, 2008 | TO<br>May 18, 2011 |

**OFFENSE**

18USC 1344 and 2(b) : Bank Fraud and Causing an Act to be Done

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Central____ DISTRICT OF ____California____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Norther District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7.16.08
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____California____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-28-08
Effective Date

*United States District Judge*